UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>          Plaintiff,<br><br>    v.<br><br>FRITO-LAY, INC.,<br><br>          Defendant. | Case No.  14-cv-00751-JSW<br><br>**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS** |

Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order.  It is further ORDERED that:

**A.     DATES**

Jury Trial Date: Monday, February 1, 2016, at 8:00 a.m., 10 days

Jury Selection:  Monday, February 1, 2016, at 8:00 a.m.

Pretrial Conference:, Monday, January 11, 2016, at 2:00 p.m.

Hearing on Dispositive Motions:  Friday, October 30, 2015, at 9:00 A.M.

Hearing on Motion for Class Certification: Friday, February 13, 2015, at 9:00 A.M.

Close of ALL Discovery:  August 7, 2015

**B.     DISCOVERY**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

1  [Pursuant to Federal Rule of Civil Procedure 26(d), no formal discovery shall be initiated by any party until after the meet and confer session by Rule 26(f), except by stipulation of the parties or by prior court order.  As soon as a party has notice of this Order, however, the party shall take such affirmative steps as are necessary to preserve evidence related to the issues presented by the action, including, but not limited to, interdiction of any document-destruction programs and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.]

**C.    ALTERNATIVE DISPUTE RESOLUTION**

By agreement of the parties, this matter is referred to private ADR, to be completed by September 15, 2014.  The parties shall promptly notify the Court whether the case is resolved.

**IT IS SO ORDERED.**

Dated: July 28, 2014

_____
JEFFREY S. WHITE
United States District Judge