1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   JANE ROE,

            Plaintiff,

Case No.  14-cv-00751-JSW

8

     v.

9

FRITO-LAY, INC.,

**SECOND AMENDED ORDER
SCHEDULING TRIAL AND PRETRIAL
MATTERS**

10

            Defendant.

11

12

13         Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

14   Management Statement is adopted, except as expressly modified by this Order.  It is further

15   ORDERED that:

16       **A.**     **DATES**

17   Jury Trial Date: Monday, February 1, 2016, at 8:00 a.m., 10 days

18   Jury Selection:  Wednesday, January 27, 2016, at 8:00 a.m.

19   Pretrial Conference: Monday, January 11, 2016, **at 2:00 p.m**.

20   Hearing on Dispositive Motions:  Friday, October 30, 2015, at 9:00 A.M.

21   Hearing on Motion for Class Certification: Friday, February 13, 2015, at 9:00 A.M.

22   Close of ALL Discovery:  August 7, 2015

23       **B.**     **DISCOVERY**

24         The parties are reminded that a failure voluntarily to disclose information pursuant to

25   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

26   pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-

27   expert discovery, lead counsel for each party shall serve and file a certification that all

28   supplementation has been completed.

United States District Court
Northern District of California

1

**C.      ALTERNATIVE DISPUTE RESOLUTION**

2

By agreement of the parties, this matter is referred to private ADR, to be completed by

3

September 15, 2014.  The parties shall promptly notify the Court whether the case is resolved.

4

**D.      PROCEDURE FOR AMENDING THIS ORDER**

5

No provision of this order may be changed except by written order of this court upon its

6

own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

7

without a showing of very good cause.  If the modification sought is an extension of a deadline

8

contained herein, the motion must be brought before expiration of that deadline.  The parties may

9

not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of

10

this order does not constitute good cause. The parties are advised that if they stipulate to a change

11

in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court

12

will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set

13

by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

14

15

16

**IT IS SO ORDERED.**

17

Dated: July 29, 2014

18

_____

19

JEFFREY S. WHITE
United States District Judge

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*

2