1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  JANE ROE, | Case No.  4:14-CV-00751 JSW |
| 14            Plaintiff, | |
| 15       v. | **[PROPOSED] ORDER GRANTING EXTENSION OF TRIAL & ALL RELATED DATES** |
| 16  FRITO-LAY, INC., a foreign corporation doing business in California, and DOES 1 through 10, inclusive, | Judge: Hon. Jeffrey S. White<br>Courtroom: 5 |
| 17 | |
| 18 | Trial Date: February 1, 2016<br>Complaint Filed:  December 20, 2013 |
| 19           Defendants. | |

20
21
22
23
24
25
26
27
28

**FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY ORDERED THAT:**

1. The deadline to complete class discovery be extended from December 19, 2014, to May 22, 2015.

2. The close of fact and expert discovery be extended from August 7, 2015, to February 5, 2016.

3. The hearing on Motion for Class Certification be extended from February 13, 2015 at 9:00 a.m., to August 14, 2015 at 9:00 a.m.

4. The hearing on dispositive motions (if any) be extended from October 30, 2015 at 9:00 a.m., to April 29, 2016 at 9:00 a.m.

5. The Pretrial Conference be extended from January 11, 2016 at 2:00 p.m., to July 11, 2016 at 2:00 p.m.

6. Jury Selection be extended from January 27, 2016 at 8:00 a.m., to July 27, 2016 at 8:00 a.m.

7. Jury Trial be extended from February 1, 2016 at 8:00 a.m., to August 1, 2016 at 8:00 a.m. (10 day estimate).

-1-

-2-

1  **IT IS SO ORDERED.**

3  Dated: __December 30_____, 2014

_____
THE HONORABLE JEFFREY S. WHITE
District Judge of the Northern District of California