UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE ROE,

             Plaintiff,

     v.

FRITO-LAY, INC.,

             Defendant.

Case No.  14-cv-00751-HSG

**ORDER RE CASE DEADLINES**

Re: Dkt. No. 36

On March 2, 2015, the parties filed a Joint Stipulation to Stay Trial & All Related Dates In Light of Settlement.  Given the parties' intent to settle this dispute privately, the Court will excuse the parties from complying with their obligation to file a joint case management statement.

All other court-ordered deadlines and dates remain in place.  The parties shall advise the Court if they do not execute a Memorandum of Understanding within the next fourteen days.  If, as anticipated, the parties file a motion for preliminary approval of class action settlement within the next sixty days, the Court will consider at that time whether to vacate any pending deadlines.

**IT IS SO ORDERED.**

Dated: March 3, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge