UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE ROE,

          Plaintiff,

    v.

FRITO-LAY, INC.,

          Defendant.

Case No. 14-cv-00751-HSG

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

On July 15, 2015, the parties filed a joint notice stating that they anticipated filing a motion for preliminary approval of settlement on or before August 27, 2015. Dkt. No. 43 at 1. No motion was filed by that date. Unless the parties are able to file the motion for preliminary approval by this Friday, September 4, a case management conference will be held on September 8, 2015, at 2:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco. The parties should be prepared to discuss the status of the settlement agreement at the case management conference.

**IT IS SO ORDERED.**

Dated: August 31, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge