THE LAW OFFICES OF DEVIN H. FOK
DEVIN H. FOK, Cal. Bar No. 256599
Post Office Box 7165
Alhambra, California 91802-7165
Telephone: 310-430-9933; Facsimile: 323-563-3445
devin@devinfoklaw.com

A NEW WAY OF LIFE REENTRY PROJECT
JOSHUA KIM, Cal. Bar No. 257260
9512 S. Central Boulevard
Los Angeles, California 90002
Telephone: 323-563-3575; Facsimile: 323-563-3445
egrinvald@anewwayoflife.org

GIRARDI KEESE
V. ANDRE SHERMAN, Cal. Bar No. 198684
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: 213-977-0211; Facsimile: 213-481-1554
asherman@girardikeese.com

Attorneys for Plaintiff JANE ROE and
the Proposed Class

SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
SAMANTHA D. HARDY, Cal. Bar No. 199125
ASHLEY T. HIRANO, Cal. Bar No. 265282
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone: 619-338-6500; Facsimile: 619-234-3815
shardy@sheppardmullin.com; ahirano@sheppardmullin.com

Attorneys for Defendant FRITO-LAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>         Plaintiff,<br><br>     v.<br><br>FRITO-LAY, INC., a foreign corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 3:14-CV-00751 HSG<br><br>**ORDER GRANTING STIPULATION FOR A 14-DAY CONTINUANCE TO FILE A MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Hon. Haywood Gilliam, Jr.<br>Courtroom: 15 |

SMRH:436747447.1

Case No. 3:14-cv-00751 HSG

[Proposed] Order

1  FINDING THAT GOOD CAUSE EXISTS, IT IS HEREBY
2  ORDERED THAT, Plaintiff's motion for preliminary approval is due on September
3  25, 2015 and the case management conference is continued to September 29, 2015 if
4  a motion for preliminary approval is not filed by that date.

6  Dated:  9/3/2015

9     By   *Haywood S. Gilliam Jr.* (signature)
10                HON. HAYWOOD S. GILLIAM, JR.