SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SAMANTHA D. HARDY, Cal. Bar No. 199125
HALI M. ANDERSON, Cal. Bar No. 261816
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:  619-338-6500
Facsimile:   619-234-3815
Email:         shardy@sheppardmullin.com
                  handerson@sheppardmullin.com

Attorneys for Defendant
FRITO-LAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>     Plaintiff,<br><br>     v.<br><br>FRITO-LAY, INC., a foreign corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No.  3:14-cv-00751 HSG<br><br>**FRITO-LAY'S MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date:       November 19, 2015<br>Time:      2:00 p.m.<br>Courtroom: 15<br><br>The Hon. Haywood S. Gilliam, Jr. |

Defendant Frito-Lay, Inc. ("Frito-Lay") hereby respectfully requests, pursuant to Northern District of California Local Rule 16-10(a), that Hali M. Anderson be permitted to appear telephonically for the Motion Hearing for Preliminary Approval of Class Settlement in the above-captioned matter, currently scheduled for November 19, 2015 at 2:00 p.m.

1       Ms. Anderson wishes to attend in-person, but has a scheduling conflict that does not permit her to travel to San Francisco to appear at the Motion Hearing for Preliminary Approval of Class Settlement.  She will, if permitted, participate telephonically.

Dated:  October 20, 2015

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By      *s/ Hali M. Anderson*
                          SAMANTHA D. HARDY
                          HALI M. ANDERSON

                          Attorneys for Defendant
                          FRITO-LAY, INC.