UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>           Plaintiff,<br><br>     v.<br><br>FRITO-LAY, INC., a foreign corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 3:14-cv-00751 HSG<br><br>**ORDER GRANTING FRITO-LAY'S MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date:        November 19, 2015<br>Time:       2:00 p.m.<br>Courtroom:  15<br><br>The Hon. Haywood S. Gilliam, Jr. |

Counsel for Defendant Frito-Lay, Inc., Hali M. Anderson, is permitted to appear telephonically at the Motion Hearing for Preliminary Approval of Class Settlement set for November 19, 2015 at 2:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: October 21, 2015

_____
HON. HAYWOOD S. GILLIAM, JR.
JUDGE OF THE U.S. DISTRICT COURT