# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>              Plaintiff,<br><br>     v.<br><br>FRITO-LAY, INC., a foreign corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 3:14-cv-00751 HSG<br><br>**ORDER GRANTING FRITO-LAY'S MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:  January 5, 2016<br>Time:  2:00 p.m.<br>Courtroom:  15<br><br>The Hon. Haywood S. Gilliam, Jr. |

Counsel for Defendant Frito-Lay, Inc., Samantha D. Hardy, is permitted to appear telephonically at the Case Management Conference for January 5, 2016, at 2:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: December 29, 2015

*Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
JUDGE OF THE U.S. DISTRICT COURT