DHF LAW, P.C.
DEVIN H. FOK, Cal. Bar No. 256599
234 E. Colorado Blvd., 8th Floor
Pasadena, CA 91101
Telephone: 310-430-9933
Facsimile: 818-484-2023
devin@devinfoklaw.com

A NEW WAY OF LIFE REENTRY PROJECT
JOSHUA E. KIM, Cal. Bar No. 257260
11211 South Western Avenue
Los Angeles, California 90047
Telephone: 323-563-3575
Facsimile: 323-563-3445
Joshua@anewwayoflife.org

GIRARDI KEESE
V. ANDRE SHERMAN, Cal. Bar No. 198684
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: 213-977-0211
Facsimile: 213-481-1554
asherman@girardikeese.com

Attorneys for Plaintiff JANE ROE and
the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff,<br><br>    v.<br><br>FRITO-LAY, INC., a foreign corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  3:14-CV-00751 HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAD COUNSEL TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Before the Honorable Haywood S. Gilliam, Jr. |

[PROPOSED] ORDER

1  Lead trial counsel for Plaintiff Roe, Mr. Devin H. Fok is permitted to appear
2  telephonically for the Initial Case Management Conference Set for January 5, 2016
3  at 2:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make
4  arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated:  December 30, 2015

_____
UNITED STATES JUDGE HON. HAYWOOD S. GILLIAM JR.

-1-

[PROPOSED] ORDER