UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>        Plaintiff,<br><br>    v.<br><br>FRITO-LAY, INC.,<br><br>        Defendant. | Case No. 14-cv-00751-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 53 |

A case management conference was held on January 5, 2016. The Court set the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10:

| Event | Date |
|---|---|
| Deadline to Complete Class Discovery | March 3, 2016 |
| Last Day to Hear Class Certification Motion | April 7, 2016 at 2:00 p.m. |
| Close of Discovery | June 1, 2016 |
| Last Day to Hear Dispositive Motions | August 18, 2016 at 2:00 p.m. |
| Pretrial Conference | November 22, 2016 at 3:00 p.m. |
| Jury Trial | December 12, 2016 at 8:30 a.m.[1] |

Additionally, the Court terminated Plaintiff's motion for preliminary approval of class action settlement, Dkt. No. 53, in light of Plaintiff's withdrawal of that motion.

**IT IS SO ORDERED.**

Dated: 1/6/2016

                                                            _____
                                                            HAYWOOD S. GILLIAM, JR.
                                                            United States District Judge

---

[1] The Court will reserve five days on its calendar for the trial.