UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE ROE,

        Plaintiff,

   v.

FRITO-LAY, INC.,

        Defendant.

Case No. 14-cv-00751-HSG

**ORDER GRANTING STIPULATED REQUEST TO CHANGE TIME**

Re: Dkt. No. 73

On February 17, 2016, Plaintiff Jane Roe and Defendant Frito-Lay, Inc. submitted a joint stipulation requesting an order changing time. Dkt. No. 73. The Court hereby GRANTS the stipulation.

For purposes of clarity, the complete schedule is shown below.

| Event | Date |
|---|---|
| Deadline to Complete Class Discovery | May 5, 2016 |
| Last Day to Hear Class Certification Motion | June 9, 2016 at 2:00 p.m. |
| Close of Discovery | June 1, 2016 |
| Last Day to Hear Dispositive Motions | August 18, 2016 at 2:00 p.m. |
| Pretrial Conference | November 22, 2016 at 3:00 p.m. |
| Jury Trial | December 12, 2016 at 8:30 a.m., 5 days |

**IT IS SO ORDERED.**

Dated: 2/18/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge