UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br>   Plaintiff,<br> v.<br>FRITO-LAY, INC.,<br>   Defendant. | Case No. 14-cv-00751-HSG (KAW)<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 86 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiff's Motion for Sanctions was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐   consists of a stack of loose paper wrapped with a rubber band;

☐   consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐   is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒   has no tabs for the voluminous exhibits;

☐   includes exhibits that are illegible;

☐   includes exhibits that are unreadable because the print is too small;

☐   includes text and/or footnotes in a font smaller than 12 point;

☐   includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐   is not usable for another reason –

1   The paper used for the above-described chambers copy has been recycled by the court.
2   Plaintiff shall submit a chambers copy in a format that is usable by the court no later than May 6,
3   2016.
4   IT IS SO ORDERED.
5   Dated: May 2, 2016

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge