United States District Court<br>Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 JANE ROE,                                   Case No. 14-cv-00751-HSG   (KAW)
         Plaintiff,
8                                             SECOND ORDER REGARDING
    v.                                        UNUSABLE CHAMBERS COPIES
9
  FRITO-LAY, INC.,                            Re: Dkt. No. 86
10
         Defendant.
11

13    PLEASE TAKE NOTICE that the chambers copy of Plaintiff's motion for sanctions was

14 submitted in a format that is not usable by the court.

15    The chambers copy is not usable because it

16    ☐    consists of a stack of loose paper wrapped with a rubber band;

17    ☐    consists of a stack of loose paper fastened with a binder clip or a paper clip;

18    ☐    is too thick to permit secure fastening with a staple, and is fastened with a

19         brad-type fastener that is too short for the thickness of the document;

20    ☐    has no tabs for the voluminous exhibits;

21    ☐    includes exhibits that are illegible;

22    ☐    includes exhibits that are unreadable because the print is too small;

23    ☐    includes text and/or footnotes in a font smaller than 12 point;

24    ☐    includes portions or exhibits that are redacted because the submitting party

25         has requested leave to file those portions under seal; or

26    ☒    is not usable for another reason –   misnumbered tabs; exhibits should be attached

27 to the declaration.

28

1  The paper used for the above-described chambers copy has been recycled by the court.
2  Plaintiff shall submit a chambers copy in a format that is usable by the court no later than May 6,
3  2016.
4  IT IS SO ORDERED.
5  Dated: May 3, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge