UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>            Plaintiff,<br><br>      v.<br><br>FRITO-LAY, INC., a foreign corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 3:14-CV-00751 HSG<br><br>**ORDER FINDING GOOD CAUSE TO TAKE DEPOSITIONS PAST THE CURRENTLY-SCHEDULED DISCOVERY CUT-OFF**<br><br>Judge: Hon. Haywood Gilliam, Jr.<br>Courtroom: 15<br><br>Trial Date: December 12, 2016<br>Complaint Filed: December 20, 2013 |

1  Having considered Plaintiff and Defendant's Stipulated Request for an Order
2  Finding Good Cause to Take PMK Deposition past the currently-scheduled
3  Discovery Cut-Off, the Court finds that good cause exists to allow the deposition of
4  Defendant Frito-Lay, Inc.'s Person Most Knowledgeable to go forward past the
5  currently-scheduled discovery cut-off.
6  IT IS HEREBY ORDERED that Plaintiff be permitted to take the deposition
7  of Defendant's Person Most knowledgeable, as ordered by Judge Westmore on
8  April 26, 2016 (Doc. 83), beyond the currently-scheduled cut-off date of May 5,
9  2016, on or before May 20, 2016.
10
11 Dated:  May 3, 2016
12
13
14 By _____
   THE HONORABLE HAYWOOD S. GILLIAM, JR
15            United States District Judge