**Frito-Lay, Inc.**

January 24, 2012



Dear ████

We would like to thank you for expressing interest in employment opportunities with Frito-Lay. We appreciate you taking the time to speak with us and for taking the Frito-Lay Select Written Test. We regret to inform you that we have found it necessary to reject your application for employment. This action was influenced by information in an authorized consumer report made, at our request, by ChoicePoint at:

> **ChoicePoint Consumer Center**
> **P.O. Box 105108**
> **Atlanta, Georgia 30302**
> **1-800-845-6004**

ChoicePoint did not make the decision to reject your application and cannot provide the reason for the decision. However, we have attached a copy of the report and you have the right to dispute the accuracy of the information with ChoicePoint under the Fair Credit Reporting Act (FCRA). Please see the attached "Summary of Your Rights Under the Fair Credit Reporting Act" for details.

Sincerely,

Susan Reyes, HRA
Frito-Lay, Inc.
Modesto, Ca

000041