
**PEPSICO**

April 15, 2013

XXX

Re:   Background Check Individualized Inquiry

Dear XX:

You authorized Frito-Lay (a division of PepsiCo) to obtain consumer reports and/or investigative consumer reports about you from a consumer reporting agency. Depending on the job for which you applied, this investigation may have included Criminal History, Motor Vehicle Records, Education, and/or Job History checks. The Company is considering taking action in whole or in part based on information contained in this report. If you have questions relating to the attached report or Lexis-Nexis's privacy policies, please contact:

> **LexisNexis Consumer Center**
> **P.O. Box 105108**
> **Atlanta, Georgia 30302**
> **1-800-845-6004**

We have been notified that your record contains items that require individualized review. **IF YOU CHOOSE TO DISPUTE THE INFORMATION CONTAINED IN THE REPORT OR PROVIDE THE REQUESTED ADDITIONAL INFORMATION, YOU MUST NOTIFY PEPSICO WITH 48 HOURS OF RECEIPT OF THIS LETTER.**

In addition, you may provide additional information, so that we may further determine if you are eligible for employment. If necessary, feel free to attach additional pages.

(1) Is the attached criminal record accurate? If no, please explain and provide any documentation to explain the inaccuracy.




(2) Have you worked in jobs similar to the one you are now seeking with PepsiCo? If yes, please list each employer (name and phone number), job title, length of employment, job responsibilities, and reason for termination, if applicable.

000120

(3) Please describe any rehabilitation efforts you have made since your conviction(s), if applicable.

(4) Are there any mitigating circumstances that you believe the company should consider when making its individualized assessment?

We reserve the right to reach out to you individually to obtain additional information regarding the facts underlying your arrest(s) and/or conviction(s). Please return this completed form and any applicable attachments by e-mail flselect@pepsico.com or fax 972-767-0676. **FAILURE TO RETURN THIS LETTER COMPLETED TO THE APPROPRIATE E-MAIL ADDRESS WITHIN 48 HOURS MAY LEAD TO AN ADVERSE EMPLOYMENT DECISION.**

Sincerely,

PepsiCo Company Staffing

I hereby represent that each answer to a question herein and all other information otherwise furnished is true and correct. I understand that any misleading or incorrect statements may cause the rescinding of any offer of employment or immediate dismissal once employed.

_____     _____
Candidate Signature                              Date

_____
Printed Name