UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>   Plaintiff,<br><br> v.<br><br>FRITO-LAY, INC.,<br><br>   Defendant. | Case No. 14-cv-00751-HSG   (KAW)<br><br>**ORDER TERMINATING MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 86 |

On April 28, 2016, Plaintiff filed a motion for sanctions against Frito Lay for an alleged violation of a prior court order. (Dkt. No. 86.)  On May 11, 2016, the parties filed a notice of settlement., so the undersigned vacated the June 2, 2016 hearing on the motion for sanctions and ordered Plaintiff to either file a notice of withdrawal or renotice the motion following the upcoming case management conference. (Dkt. Nos. 93 & 98.)  Plaintiff did neither.  On August 5, 2016, the district court granted the motion for preliminary approval of the class action settlement. (Dkt. No. 103.)

Accordingly, the Court terminates the pending motion for sanctions.  Should Plaintiff decide to pursue the sanctions motion, she may renotice it.

IT IS SO ORDERED.

Dated: August 9, 2016

                    _____
                    KANDIS A. WESTMORE
                    United States Magistrate Judge