1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>          Plaintiff,<br><br>     v.<br><br>FRITO-LAY, INC., a foreign corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 3:14-CV-00751 HSG<br><br>**ORDER GRANTING JOINT STIPULATION FOR A SCHEDULE OF DATES, APPROVING REVISED CLASS NOTICE AND FILING OF A SUPPEMENTAL STIPULATION AND SETTLEMENT AGREEMENT**<br><br>Judge: Hon. Haywood Gilliam, Jr.<br>Courtroom: 15<br><br>Complaint Filed:  December 20, 2013 |

Having considered Plaintiff and Defendant's Joint Stipulation for a Schedule of Dates, Approving Revised Class Notice and Filing of a Supplemental Stipulation and Settlement Agreement, the Court HEREBY ORDERS that:

The Court approves the filing of Supplemental Stipulation and Settlement Agreement to supplement the Parties' Settlement Agreement approved on August 5, 2016; approves the revised Class Notice as submitted; and sets the schedule of deadlines and dates as follows:

| EVENT | PROPOSED NEW DEADLINE |
| --- | --- |
| Filing deadline for final approval motion | November 3, 2016 |
| Filing deadline for attorneys' fees and costs motion | November 4, 2016 |
| Filing deadline for incentive payment motion | November 4, 2016 |
| Deadline to object to motions for attorneys' fees and costs; or for incentive payment | November 24, 2016 |
| Final fairness hearing and hearing on motions | December 8, 2016 |

Dated:  August 16, 2016

By _____
THE HONORABLE HAYWOOD S. GILLIAM, JR
United States District Judge

-1-  Case No. 3:14-cv-00751 HSG
[PROPOSED] ORDER GRANTING JOINT STIPULATION