UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>        Plaintiff,<br><br>   v.<br><br>FRITO-LAY, INC.,<br><br>        Defendant. | Case No. 14-cv-00751-HSG<br><br>**ORDER REGARDING JOINT MOTION TO CONTINUE FAIRNESS HEARING AND AMENDED SCHEDULE**<br><br>Re: Dkt. Nos. 106, 112 |

On December 2, 2016, the parties submitted a joint motion to continue the final fairness hearing and notice of errata. Dkt. No. 112. The Court held a telephonic case management conference regarding the motion on December 6, 2016.

The Court hereby CONTINUES the final fairness hearing from December 8, 2016, to February 9, 2017, at 2:00 p.m. and ENTERS the following amended schedule.

| Event | Deadline |
|---|---|
| Deadline to Send Notice to 50 Class Members | December 16, 2016 |
| Deadline for 50 Class Members to Opt Out of the Proposed Settlement | January 30, 2017 |
| Filing Deadline for Supplemental Briefs in Support of Final Approval Motion | February 2, 2017 |
| Deadline for 50 Class Members to Object to Motion for Attorney's Fees, Costs, and Service Award | January 30, 2017 |
| Final Fairness Hearing and Hearing on Motion for Attorney's Fees | February 9, 2017 at 2:00pm |

**IT IS SO ORDERED.**

Dated: 12/12/2016

                                        HAYWOOD S. GILLIAM, JR.
                                        United States District Judge