UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br>　　　　　Plaintiff,<br>　v.<br>FRITO-LAY, INC.,<br>　　　　　Defendant. | Case No.14-cv-00751-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES**<br>Re: Dkt. No. 127 |

Before the Court is an administrative motion to consider whether *Chism v. PepsiCo, Inc., Frito-Lay, Inc., and First Advantage Background Services Corp.*, no. 3:17-cv-00152 (the "*Chism* Matter"), also filed in this District, is related to the above-captioned case. The time to file an opposition has passed.

Civil Local Rule 3-12(a) provides that an action is related to another when (1) "[t]he actions concern substantially the same parties, property, transaction, or event" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The Court finds that the *Chism* Matter is not related to this case within the meaning of Civil Local Rule 3-12. In particular, the Court sees little possibility of "unduly burdensome duplication of labor and expense or conflicting results" if the *Chism* Matter is conducted before Judge Chhabria. The Court granted final approval of the class action settlement and entered judgment in this case on April 7, 2017. *See* Dkt. Nos. 125, 126. The only substantive orders the Court issued were for preliminary and final settlement approval; the case is now closed. Given the procedural posture of this case, the Court concludes that relating the *Chism* Matter to this case is not necessary to avoid duplicative labor or conflicting results.

Accordingly, Defendant Frito-Lay, Inc.'s administrative motion to relate the cases is DENIED.

**IT IS SO ORDERED.**

Dated: 4/20/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge